■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO SALDANA, Appellant.—Judgment, Supreme Court, Bronx County (Lawrence H. Bernstein, J.), rendered May 22, 1991, convicting defendant, after a jury trial, of criminal sale of a controlled substance in the third degree, and sentencing him, as a second felony offender, to an indeterminate term of imprisonment of 4½ to 9 years, unanimously affirmed.

Defendant's contentions are not preserved as a matter of law and we decline to reach them in the interest of justice (*People v Autry*, 75 NY2d 836; *People v Iannelli*, 69 NY2d 684,

*cert denied* 482 US 914). Were we to do so, we would find error, if any, harmless. Concur—Murphy, P. J., Milonas, Ross and Rubin, JJ.